No. 05–6382. JOHNSON v. BARNHART, COMMISSIONER OF SO-
CIAL SECURITY. C. A. 4th Cir. Certiorari denied. ▓

No. 05–6386. TRUEMAN v. RUMSFELD, SECRETARY OF DE-
FENSE, ET AL. C. A. 3d Cir. Certiorari denied. ▓

No. 05–6388. KING v. BOYKO, JUDGE, COURT OF COMMON
PLEAS OF OHIO, CUYAHOGA COUNTY. Sup. Ct. Ohio. Certiorari
denied. ▓

No. 05–6422. WHITELEY v. IDAHO. C. A. 9th Cir. Certiorari
denied. ▓

No. 05–6438. HAMM v. MICHIGAN. Cir. Ct. St. Joseph County,
Mich. Certiorari denied.

No. 05–6439. HARRINGTON v. CURTIS, WARDEN. C. A. 6th
Cir. Certiorari denied.

No. 05–6449. FRITTS v. COLORADO. Ct. App. Colo. Certio-
rari denied.

No. 05–6466. KIDD v. GREYHOUND LINES, INC. C. A. 4th Cir.
Certiorari denied. ▓

No. 05–6479. NOVOTNY v. PORZYCKI ET AL. C. A. 7th Cir.
Certiorari denied.

No. 05–6508. LAWS v. EVANS, ACTING WARDEN. C. A. 9th
Cir. Certiorari denied.

No. 05–6510. BENAVIDES v. MCGRATH, WARDEN. C. A. 9th
Cir. Certiorari denied. ▓

No. 05–6531. TATE v. GARNETT, WARDEN. C. A. 7th Cir.
Certiorari denied.

No. 05–6573. JAFFAL v. CALABRESE, JUDGE, COURT OF AP-
PEALS OF OHIO, CUYAHOGA COUNTY. Sup. Ct. Ohio. Certiorari
denied. ▓

No. 05–6583. MCCUTCHEON v. DICARLO, WARDEN. C. A. 9th
Cir. Certiorari denied. ▓